# OFFICE OF THE ATTORNEY GENERAL
## Civil Rights Complaint Form

SCOTT HARSHBARGER
ATTORNEY GENERAL

RETURN TO: CHRISTINE HENEGHAN



Civil Rights Division
One Ashburton Place
Boston, MA 02108
(617) 727-2200
(617) 727-4765 (TTY)

If, due to a disability, you seek an accommodation in filing a complaint, please call 727-2200 or TTY 727-4765.

**COMPLAINANT** B.H.A Employee

Name: MR. JAMES F. MERWIN SR.
Address: 125 Amory Street #434
Roxbury, MA. 02119
Phone # (home): (617) 522-6054
Work # (other): (617) 988-5094

**COMPLAINT AGAINST** BHA

Name: MR. Steve Barry, maint. Supt.
Address: 125 Amory Street Rm #108
Roxbury, MA 02119
Phone #: (617) 988-3421 Ers. Dept. Work Center
(617) 988-4000 main Number
Relationship to you: NONE

### NATURE OF COMPLAINT (please check)

(1) ✓ Employment Discrimination
(2) ___ Housing Discrimination
(3) ___ Credit Discrimination
(4) ✓ Harassment    ✓ Intimidation    ✓ Threats    ___ Coercion
(5) ✓ Other Making ERS. Dept. Staffs Falsement of Statements Against ME.

If you have checked any of the above, please indicate the basis of civil rights violation or discrimination below (you may check more than one category):

✓ Race    ___ National Origin    ___ Disability    ___ Religion    ___ Sexual Orientation    ___ Gender

___ Age    ___ Ethnicity    ___ Section 8 Status (Housing)    ___ Children (Housing)

___ Public Assistance (Housing)    ___ Marital Status (Housing)

✓ Retaliation for Filing a Complaint    Other: _____

(6) ___ Complaint Against Police Officer/Department _____
(City/Town)

(over)

## Privacy Act/ Freedom of Information Act Request

Attn: _Mrs. Joyce Tognacci, Director of Human Resources_

This is a request under provisions of Title 5 USC, Sec. 552, the Freedom of Information Act, and Title 5 USC, Sec. 552a, the Privacy Act.

Please furnish me with copies of all records on me retrievable by the use of an individual identifier and by the use of any combination of identifiers (e.g., name + date of birth + Social Security number, etc.) that are contained in the following systems of records: _A copy(s) all my personal records on file at the Human Resources Department Boston Housing Authority_

In order to identify myself and to facilitate your search of records systems, I provide the following information:

_Mervin, Sr._ / _James_ / _Franklin_
Last Name / First / Middle

_125 Amory Street #434_ / _Roxbury_ / _MA_ / _02119_
Street / City / State / Zip

_11/18/1954_ / _Beaufort, S.C._ / _Male_ / _253987794_
Date of Birth / Place of Birth / Sex / Social Security Number

_I am requesting this informations to make sure that nothing in my file i don't know. I am filing a complaints in futher if any problem rise again_

In the event that any part or all of my records are withheld, I request a complete list of all records being withheld and the specific exemption being claimed for the withholding of each.

In the event that search and copying fees are estimated to exceed $_25.00_ I request an opportunity to review such records, or to have a duly authorized representative review such records, in order to select those to be copied.

If you have any questions regarding this request, please telephone me at (_617_) _522-6054_ weekdays between _6am_ and _5pm_ or write to me at the above address.

As provided for by Sec. 552 (a)(6)(i) of the Freedom of Information Act, I shall expect to receive a reply within ten (10) business days.

Sincerely,

_James F. Mervin Sr._
_Pro se_

_December 10, 2004_



**BOSTON HOUSING AUTHORITY**
Human Resources
52 Chauncy Street, 9th Floor
Boston, Massachusetts 02111

Phone: 617-988-4090
Fax: 617-988-4291
TDD: 800-545-1833, ext. 420

MEMORANDUM

TO: James Mervin, Resident Custodian   ( ) Urgent

FROM: Joyce Tognacci, Director Human Resources   ( ) Please Reply by:

DATE: December 7, 2004

SUBJECT: Letter dated December 2, 2004

I am in receipt of your letter dated December 2, 2004.

This is to inform you that I cannot provide the information you are requesting. Employment records of BHA employees are not shared with other employees and are kept confidential.

P.S. THE Dept. of Civil Rights Agree that I Shouldn't be Restricted from Areas at Amory. I have Nothing in Write. JM

December 08, 2004
Roxbury, MA. 02119
(617) 522-6054

Dear Mr. John Murphy:
Secretary-Treasurer
Teamsters Local 122 ON November 04, 2004 Mr. Steve Barry Fax a Letter to Mrs. Joyce Tognacci making False ment of Statements About me And Lying on His Staff members to Keep me out of the E.R.S. Department. I Have Worked For 7 years. Never was Rericted from An Area in Building At Amory St. Apartment. Mr. Steve Barry stated in that I Am A Treat to him And his Staffs. ON November 05, 2004 I was Not even Never goes into that E.R.S. Department Again by Amory Street Managers. I Wrote A Letters All party(s) that I Feel that my Civil Rights has been voilated And discriminated Against. Thanks, Sr

Equal Opportunity Housing/Equal Opportunity Employer



**BOSTON HOUSING AUTHORITY**
52 Chauncy Street
Boston, Massachusetts 02111-02375

617-451-1250

November 22, 1996

Mr. James F. Mervin, Sr.
94 Mt. Pleasant Avenue
Boston, MA 02119.

Dear Mr. Mervin:

This letter is to confirm your acceptance of the offer of employment with the Boston Housing Authority.

Specifically, we are please to offer you the position of Resident Custodian at the Amory Street Development at the salary of $28,455.96 per year. Your first date of employment will be December 2, 1996.

Please report directly to the Human Resources office on the 9th floor for orientation. In order to process your paperwork the following documents are needed.

    A)    State Driver's License or State I.D. Card and:

    B)    Social Security Card or Birth Certificate.

I look forward to your arrival and welcome you to the Boston Housing Authority.

Sincerely,

Margarette J. Dukes
Special Deputy Administrator

Enclosure

cc:    Vince Droser, Chief Operating Officer
       Gwen Friend, General Manager
       Reginia Dennis, Senior Manager
       Personnel File



CITY OF BOSTON · MASSACHUSETTS

OFFICE OF THE MAYOR
THOMAS M. MENINO

July 13, 1998

Mr. James Mervyn
Resident Custodian
Boston Housing Authority
125 Amory Street
Boston, MA 02119

Dear James:

Congratulations on winning the **1998 Liberty Mutual Group Customer Service Award**! You should feel quite proud of your accomplishments.

The Elderly and Disabled Housing Division is an excellent example of creatively applying new skills to provide the highest level of customer service to the residents of Boston's elderly and disabled housing developments.

Again, congratulations. Keep up the good work!

Sincerely,

Thomas M. Menino
Mayor of Boston

# Amory Street Apartments Task Force
## 125 Amory Street Boston MA 02119

To whom it may concern,

I am writing on behalf of the residents and Task Force of 125 Amory Street Apartments. We would like to give our strong support to James Mervin SR. We are very lucky to have James as our Resident Custodian here at Amory Street Apartments. He gives out excellent services to our tenants, and the building. He be sure the Amory Street Apartment is clean, and well keep. He is a very hard worker, reliable, pleasant, and accommodate to our residents.

Sincerely,

*Prince E. Harrway*

Prince E. Harrway
125 Amory Street
Task Force president

*Amory Street Community*

"Together We Can"

*a Vinfen program*

March 29, 1999

To Whom it May Concern,

I am writing on behalf of the Vinfen Community on the second floor of 125 Amory Street. The residents and the staff unanimously would like to offer their strongest possible support of James F. Mervin, Sr. He is hard working, dedicated, conscientious and good with details as well as exceptionally pleasant and cheerful. He is a rare individual with many talents.

James is a gift to all of the people who live here. He takes good care of people and he takes pride in his work. His attitude makes him a pleasure to work with. He has an amazing ability to keep working while he has a kind word for whoever passes by. Even the bulbs he plants out front respond exceptionally well to his approach to work and life!

James responds promptly and efficiently to all requests for his assistance. When he is not able to take care of a maintenance issue immediately, he makes sure he explains why and follows up on it as soon as he can. We would all be very disappointed if James was not able to continue in his position at Amory Street. I think it would take at least two average employees to do James' job and even then, it would not be done with the same grace and good humor!

Sincerely,

Peg Newman

Peg Newman
Program Director

125 Amory Street
Suite 220
J.P. / Roxbury, MA 02119

617-522-8057
Fax 617-983-3741

Corporate Office
950 Cambridge Street
Cambridge, MA 02141

617-441-1800

EDWARD M. KENNEDY
MASSACHUSETTS

# United States Senate
WASHINGTON, DC 20510-2101

March 10, 2000

Mr. James F. Mervin
125 Amory Street
Apt #434
Boston, Massachusetts 02119

Dear Mr. Mervin:

    Thank you for your thoughtful words regarding the work we have done on your behalf. It is only through constituent feedback that we can strive to create an even more efficient and responsive constituent services staff.

    I hope that our assistance proved helpful and that your case was successfully resolved. Please do not hesitate to contact my office again in the future if we can be of service to you with any specific concern or matter with a federal agency. Again, I appreciate you sharing your kind remarks with us.

    With best wishes,

Sincerely,

Edward M. Kennedy

2400 JFK Federal Building
Boston, Massachusetts  02203

EMK:kmy

# Upham's Elder Service Plan



———————————— Program of All-inclusive Care for the Elderly ————————————

March 11, 2003

Division of Vital Records
Insufficient Information
2600 Bull Street
Columbia, SC 29201

To Whom It May Concern,

I am writing in regards to Mr. Robert Mervin. Mr. Mervin has been a member of the Elder Service Plan since 8-01-02. Mr. Mervin lives at 125 Amory Street in Roxbury Massachusetts with his son James Mervin.

Mr. Robert Mervin is a 70-year-old man who suffered from a stroke in 1999. As a result of the stroke, Mr. Robert Mervin is no longer able to sign his own name due to physical limitations. If you require further information, I can be reached at (617) 288-0970. You may also speak to our social worker Diane Staib if necessary. Thank you for your time and attention to this matter.

Sincerely,

Alex Fried, RN, CS
Alex Fried, RN. CS

1140 Dorchester Avenue, Dorchester, MA 02125-3305 • 617 288-0970 • Fax: 617 474-0757

AFFILIATES: Boston HealthNet • Boston Medical Center • Partners Healthcare
DIVISION OF: THE UPHAM'S CORNER HEALTH COMMITTEE