```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


JAMES F. MERVIN, SR.,           )
         Plaintiff,             )
                                )
    v.                          )  C.A. No. 05-10044-RGS
                                )
STEVE BARRY, MAINTENANCE        )
SUPERVISOR                      )
         Defendant.             )
```

ORDER OF DISMISSAL

In accordance with this Court's Order dated January 13, 2005 (Docket No. 2) directing the Plaintiff to file a complaint accompanied either by the filing fee or a fee waiver application, and advising that failing to do so, this action was subject to dismissal, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED without prejudice in its entirety.

SO ORDERED.

Dated at Boston, Massachusetts, this 3rd day of June, 2005.

/s/ Richard G. Stearns
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE